**AYALA LAW, P.A.**
1390 Brickell Ave, Ste 335
Miami, FL 33131
(305) 570-2208
Eduardo A. Maura, Esq.
eayala@ayalalawpa.com
Luis F. Quesada, Esq.
lquesada@ayalalawpa.com
*Counsel to TM Solutions USA LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re: : | |
| : | Case No. 20-11254-JLG |
| LATAM Airlines Group S.A., et al., : | |
| : | Chapter 11 |
| Debtors. : | |
---------------------------------------------------------------x
| | |
|---|---|
| TM Solutions USA LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Adv. Pro. No. 20-01207-JLG |
| : | |
| LATAM Airlines Group S.A., : | |
| : | |
| Defendant. : | |
---------------------------------------------------------------x

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of Court
United States Bankruptcy Court
Southern District of New York
1 Bowling Green,
New York, NY 10004

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

>Eduardo A. Maura, Esq.
>Ayala Law, P.A.
>1390 Brickell Ave, Ste 335
>Miami, FL 33131

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| Address:<br>United States Bankruptcy Court<br>Southern District of New York<br>1 Bowling Green,<br>New York, NY 10004 | Room: 601<br><br>Date and Time: TBD |
| --- | --- |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

    Vito Genna
    (Clerk of the Bankruptcy Court)

Date: 8/19/2020    By: /s/ Humberto Cales
    (Deputy Clerk)