**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LATAM Airlines Group S.A., *et al.*, | ) | Case No. 20-11254 (JLG) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. [1] | ) |  |
|  | ) |  |
| TM Solutions USA LLC, | ) |  |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) | Adv. Pro. No. 20-01207 (JLG) |
| LATAM Airlines Group S.A., | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On September 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Standard Parties Service List attached hereto as **Exhibit A**, and the Plaintiff Service List attached hereto as **Exhibit B**:

- Notice of Presentment of Joint Proposed Scheduling Order [Adv. Pro. No. 20-01207, Docket No. 5]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's U.S. or local tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (N/A); Holdco Colombia II SpA (76-9310053); Holdco Colombia I SpA (76-9336885); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

Dated: September 16, 2020

*/s/ Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 16, 2020, by Asir U. Ashraf, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 45942

**<u>Exhibit A</u>**

Exhibit A
Standard Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Chambers of Honorable Judge James L. Garrity Jr. | LATAM Chambers Copy | US Bankruptcy Court SDNY | One Bowling Green | New York | NY | 10004-1408 | | First Class Mail |
| Cleary Gottlieb Steen & Hamilton LLP | Attn: Richard J. Cooper, Lisa M. Schweitzer, Luke A. Barefoot, Thomas S. Kessler, David Z. Schwartz, Emmanuelle Berdugo, Andrew Weaver, Jeffrey A. Rosenthal, Lina Bensman, Kylie M. Huff; Brad Lenox | One Liberty Plaza | | New York | NY | 10006 | rcooper@cgsh.com<br>lschweitzer@cgsh.com<br>lbarefoot@cgsh.com<br>tkessler@cgsh.com<br>dschwartz@cgsh.com<br>eberdugo@cgsh.com<br>aweaver@cgsh.com<br>jrosenthal@cgsh.com<br>lbensman@cgsh.com<br>kmhuff@cgsh.com<br>blenox@cgsh.com | Email |
| Dechert LLP | Attn: Allan S. Brilliant, Craig P. Druehl, David A. Herman, Gary J. Mennitt, Benjamin M. Rose | 1095 Avenue of the Americas | | New York | NY | 10036 | allan.brilliant@dechert.com<br>craig.druehl@dechert.com<br>david.herman@dechert.com<br>gary.mennitt@dechert.com<br>ben.rose@dechert.com | First Class Mail and Email |
| Federal Aviation Administration | Attn: Office of the Chief Counsel | 800 Independence Ave., S.W. | | Washington | DC | 20591 | | First Class Mail |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt, Brendan M. Scott, Lauren C. Kiss | 200 West 41st Street | 17th Floor | New York | NY | 10036 | tklestadt@klestadt.com<br>bscott@klestadt.com<br>lkiss@klestadt.com | First Class Mail and Email |
| LATAM Airlines Group S.A. | Attn: Helen Warner | 6500 NW 22nd Street | | Miami | FL | 33131 | helen.warner@latam.com | First Class Mail and Email |
| Office of The United States Trustee for Region 2 | Attn: Brian Masumoto & Serene K. Nakano | 201 Varick St. | Ste. 1006 | New York | NY | 10014 | serene.nakano@usdoj.gov<br>brian.masumoto@usdoj.gov | First Class Mail and Email |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |

## Exhibit B

Exhibit B

Plaintiff Service List

Served as set forth below