**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: TM Solutions USA LLC v. LATAM Airlines Group S.A. | CASE NO.: 20−01207−jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 9/14/22, document number 34, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 22−cv−8068 assigned to the Honorable Edgardo Ramos.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: October 19, 2022                                   Vito Genna
                                                          Clerk of the Court

TM Solutions USA LLC,
    Plaintiff

Adv. Proc. No. 20-01207-jlg

LATAM Airlines Group S.A.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2022 | Form ID: tranapl | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + TM Solutions USA LLC, 2490 Coral Way, Ste 403, Coral Gables, FL 33145-3430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eduardo Gianni Ayala Maura | on behalf of Plaintiff TM Solutions USA LLC eayala@ayalalawpa.com |
| Jessica M Roll | on behalf of Defendant LATAM Airlines Group S.A. jroll@cgsh.com maofiling@cgsh.com |
| Luis Fernando Quesada Machado | on behalf of Plaintiff TM Solutions USA LLC lquesada@ayalalawpa.com |
| Luke A Barefoot | on behalf of Defendant LATAM Airlines Group S.A. lbarefoot@cgsh.com maofiling@cgsh.com |
| Polina Bensman | on behalf of Defendant LATAM Airlines Group S.A. lbensman@cgsh.com maofiling@cgsh.com |